This is a video of the Lockheed Martin Deering v. Lockheed Martin Corp.